UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| **CINDY BUMPUS and DAVID BUMPUS** | ) | Civil Action No. __4:13cv-104 M__ |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| v. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| **CARHARTT, INC.,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |
| | ) | |
| | ) | |

\* \* \* \* \* \*

Defendant Carhartt, Inc. (hereinafter "Carhartt"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, submits this Notice of Removal and states:

1. On or about May 31, 2013, a civil action was filed by Cindy Bumpus and David Bumpus ("Plaintiffs") against Carhartt in the Hopkins Circuit Court, Hopkins County, Kentucky, styled *Cindy Bumpus, et al. v. Carhartt, Inc.*, Case No. 13-CI-547 (the "Action"). A true and correct copy of the original Civil Summons and Complaint is attached as Exhibit 1 and is incorporated herein by reference.

2. Plaintiffs' Complaint did not specify the amount of damages demanded from Carhartt. Plaintiffs' Complaint, at Exhibit 1.

3. On or about June 21, 2013, Carhartt filed an Answer, denying all claims asserted by Plaintiffs against Carhartt in their Complaint, and asserting affirmative defenses. A true and correct copy of Carhartt's Answer is attached as Exhibit 2 and is incorporated herein by reference.

4. On or about August 5, 2013, Plaintiffs mailed a settlement demand letter to Carhartt, requesting $150,000.00 from Carhartt to settle all claims by Plaintiffs against Carhartt. A true and correct copy of Plaintiffs' August 5, 2013 settlement demand letter is attached as Exhibit 3 and is incorporated herein by reference.

5. This Notice of Removal is filed within thirty (30) days after the receipt by Carhartt of a copy of an "other paper" from which it could first be ascertained that this civil action was removable, the "other paper" being the August 5, 2013 settlement demand letter from Plaintiffs. *See* 28 U.S.C. 1446(b).

6. The Action is removable pursuant to 28 U.S.C. §§ 1332 and 1441 because the citizenship of the parties is completely diverse and the amount in controversy exceeds the jurisdictional requirement. Plaintiffs Cindy and David Bumpus are citizens and residents of the Commonwealth of Kentucky. (*See* Plaintiffs' Complaint, Count I, at ¶ 1 and 2.) Carhartt is a Michigan corporation registered in Kentucky with a principal place of business of 5750 Mercury Drive, P.O, Box 600, Dearborn, MI 48121. (*See* Carhartt's Answer, Count I, at ¶ 2.) Therefore, complete diversity exists between all parties to this action. Plaintiffs did not specify in their Complaint the amount of damages they seek from Carhartt in this action. However, Plaintiffs' August 5, 2013 settlement demand letter requests $150,000.00 from Carhartt to settle all claims by Plaintiffs against Carhartt. Based upon Plaintiffs' August 5, 2013 settlement demand letter, Carhartt believes, in good faith, that the amount in controversy more likely than not exceeds the sum of $75,000.00, exclusive of interest and costs. *Nagarajan v. Ostruskza*, Case No. 5:12-CV-00091-TBR, 2012 U.S. Dist. LEXIS 149998 (W.D. Ky. Oct. 17, 2012) (holding that a plaintiff's post-complaint settlement demand letter constitutes an "other paper" under 28 U.S.C. 1446, making a case that was not originally removable – due to the uncertainty of the amount in

controversy – removable within thirty days of receipt of the settlement demand letter, where the demand is greater than $75,000.00).

7. This Court, therefore, has original jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. § 1332, given the complete diversity of citizenship of the parties and the amount in controversy.

8. Pursuant to 28 U.S.C. § 1441(a) and (b), Carhartt is entitled to remove the Action to the United States District Court for the Western District of Kentucky, Owensboro Division.

9. This Notice of Removal is timely brought in accordance with 28 U.S.C. § 1446(b).

10. Pursuant to 28 U.S.C. § 1446(d), Carhartt will promptly provide written notice of the removal of this action to all adverse parties, and will file a copy of this Notice with the Clerk of the Hopkins Circuit Court, Hopkins County, Kentucky.

**WHEREFORE**, Carhartt removes the Action to this Court.

Dated this 29th day of August, 2013.

Respectfully submitted,

*/s/ Douglas C. Ballantine*_____
John O. Sheller
Douglas C. Ballantine
Eric M. Weihe
STOLL KEENON OGDEN PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
Tel: (502) 333-6000
Fax: (502) 333-6099
Email: john.sheller@skofirm.com
Email: douglas.ballantine@skofirm.com
Email: eric.weihe@skofirm.com
*Counsel for Defendant, Carhartt, Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 29th day of August 2013, I sent the foregoing via regular U.S. Mail, postage prepaid, to:

| | |
|---|---|
| Ms. Karen McKnight<br>Hopkins County Circuit Clerk<br>Hopkins County Courthouse<br>120 East Center St<br>Madisonville, KY 42431 | William Clint Prow, Esq.<br>112 N Broadway Street<br>Providence, KY 42450-1220<br>*Counsel for Plaintiffs* |

                          */s/ Douglas C. Ballantine*_____
                          *Counsel for Defendant, Carhartt, Inc.*

117099.146354/1020509.1