# EXHIBIT 1

06/04/2013  14:44    6057234856                CARHARTT INC ADM                PAGE  01

Generated:  05/31/2013

| AOC-S-105  Sum Code: CI<br>Rev. 7-99<br><br>Commonwealth of Kentucky<br>Court of Justice<br>CR 4.02; Cr Official Form 1 | <br>Civil Summons | Case Number 13-CI-00547<br>Court CI<br>County HOPKINS |
|---|---|---|

*Plantiff*, BUMPUS, CINDY , ET AL VS. CARHARTT INC.,, *Defendant*

CARHARTT INC.,
ROBERT HOWELL
285 CARTHARTT AVENUE
IRVINE           KY    40336

The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk KAREN L MCKNIGHT

By _____, DC

Date: 05/31/2013

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the complaint (or other initiating document) to:
_____

[ ] Not Served because: _____

Date: _____, 20___    Served By _____    Title _____

CI   13-CI-00547
BUMPUS, CINDY , ET AL VS. CARHARTT INC.,

Fax Server 6/7/2013 11:08:16 AM PAGE 3/005 Fax Server
Case 4:13-cv-00104-JHM-HBB Document 1-2 Filed 08/29/13 Page 3 of 4 PageID #: 8

06/04/2013 14:44 6067234855 CARHARTT INC ADM PAGE 02



FILED
KAREN L. MCKNIGHT, CLERK
MAY 31 2013
HOPKINS COUNTY CIRCUIT COURT
BY: _____ D.C.

COMMONWEALTH OF KENTUCKY
HOPKINS CIRCUIT COURT
MADISONVILLE, KENTUCKY 42431
CIVIL ACTION NO. 13-CI- 577

CINDY BUMPUS and her husband
DAVID BUMPUS          PLAINTIFFS,

VS.     **COMPLAINT**

CARHART INC.
Serve: Robert Howell
285 Carhartt Avenue
Irvine, Ky. 40336          DEFENDANT

Comes now tho Plaintiffs, Cindy Bumpus and her husband, David Bumpus, by counsel and for their Complaint against the Defendant, Carhartt Inc. states as follows:

### COUNT I

1. The Plaintiffs, Cindy Bumpus and her husband, David Bumpus, are residents of 85 Viona Lane, Dixon, Webster County Ky. 42409.

2. The Defendant, Carhartt Inc. is a foreign Corporation registered in Kentucky with a principle mailing address of 5750 Mercury Dr. P.O Box 600 Dearborn, MI. 48121.

3. On June 8, 2012, the Plaintiff, Cindy Bumpus, as an employee of the United States Postal Service was delivering a package to the business premises of the Defendant located at 380 Estill Baker Road, Hanson, Hopkins County, Kentucky. The Defendant failed to maintain appropriate railing on the delivery/loading ramp, located at said premises causing the Plaintiff, Cindy Bumpus to fall and sustain personal injury.

4. As a result of the Defendant's negligence the Plaintiff, Cindy Bumpus, has suffered bodily injury, loss of wages, incurred medical expenses, possible future medical expense and physical and mental pain and suffering.

## COUNT II

1. The Plaintiffs incorporate by reference herein the allegations of Count I.

2. The Plaintiff, David Bumpus, is the husband of the Plaintiff, Cindy Bumpus. As a direct and proximate result of Defendants' negligence, the Plaintiff David Bumpus has lost the companionship, society and services of his wife, Cindy Bumpus, all to his damage in a total sum in excess of the minimal dollar amount necessary to establish the jurisdictional limits of this Court.

WHEREFORE, the Plaintiffs demand the following:

1. Judgment against the Defendant in an amount in excess of the minimal jurisdictional limits of this Court,
2. Award of reasonable attorney's fees and court costs
3. Trial by jury
4. Any and all other relief to which they might be entitled.

_____
Hon. Wm. Clint Prow
Counsel for Plaintiffs
112 North Broadway
Providence, Kentucky 42450
(270) 667-5913